IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| AUSTIN JAMES LONAS, | CV 24-42-H-DWM |
| Plaintiff, | |
| vs. | ORDER |
| PETE BLUDWORTH, JANE DOE, JOHN DOE, and BRIAN GOOTKIN, | |
| Defendants. | |

Plaintiff Austin James Lonas has moved for reconsideration of the Court's Order dismissing his case. (Doc. 10.) The motion is denied.

Motions for reconsideration in the District of Montana are controlled by L.R. 7.3, which requires leave of court prior to filing a motion for reconsideration. The motion must be justified because:

> (1) (A) the facts or applicable law are materially different from the facts or applicable law that the parties presented to the court before entry of the order for which reconsideration is sought, *and*
>
> (B) despite the exercise of reasonable diligence, the party applying for reconsideration did not know such fact or law before entry of the order; *or*
>
> (2) new material facts arose or a change of law occurred after entry of the order.

D. Mont. L.R. 7.3. Ordinarily, a litigant's failure to comply with L.R. 7.3 would result in summary denial of the motion. However, as Lonas is pro se, the motion

1

will be considered on its merits. In the future, if Lonas files a motion for reconsideration without complying with the rule, his motion will be denied.

As to the merits, Lonas has not provided sufficient grounds to reconsider the Court's prior Order. In essence, Lonas disagrees with the Court's statement of the law that applies to his case. Such disagreement is not a ground for a motion for reconsideration under the Local Rule, nor is Lonas's interpretation correct.

Accordingly, IT IS ORDERED that Lonas's motion for reconsideration (Doc. 10) is DENIED.

DATED this 17th day of October, 2024.

Donald W. Molloy, District Judge
United States District Court